UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

UNITED STATES OF AMERICA,

v.

ANTHONY J. CARONE, FRANK V. CARONE, CRYSTAL CHEN, AND YAN PO ZHU,

Defendants.

----------------------------------------------------------- X

No. 1:26-cr-00177 (KAM)

**DEFENDANT FRANK V. CARONE'S NOTICE OF MOTION AND MOTION TO SUPPRESS AND FOR A *FRANKS* HEARING**

Please take notice that Defendant Frank Carone, by and through his undersigned counsel, respectfully moves this Court for an evidentiary hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978), for the suppression of evidence obtained pursuant to the December 2024 warrant for the contents of Frank Carone's iCloud account (the "iCloud Warrant"), and the June 2026 warrant for Frank Carone's person and physical devices (the "Phone Warrant").

WHEREFORE, Defendant Frank Carone respectfully requests that the Court grant his motion and order the requested evidentiary hearing, and suppress the evidence obtained pursuant to the iCloud Warrant and the Phone Warrant.

Dated: New York, New York
October 2, 2026

Respectfully submitted,

**COOLEY LLP**

By: */s/Andrew D. Goldstein*
Andrew D. Goldstein

Russell Capone
Rona S. Proper
55 Hudson Yards
New York, New York 10001
Phone: (212) 479-6000
Email: agoldstein@cooley.com
rcapone@cooley.com
rproper@cooley.com

**AGNIFILO INTRATER LLP**

Marc A. Agnifilo
Jacob Kaplan
Karen Friedman Agnifilo
Zach Intrater
140 Broadway, Suite 4530
New York, New York 10005
Phone: (646) 205-4350
Email: marc@agilawgroup.com
jacob@agilawgroup.com
karen@agilawgroup.com
zach@agilawgroup.com

**AIDALA, BERTUNA & KAMINS, P.C.**

Arthur L. Aidala
546 Fifth Avenue
New York, New York 10036
Phone: (212) 486-0011
Email: aidalaesq@aidalalaw.com

*Attorneys for Defendant Frank V. Carone*